**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| VALERIE WALLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:24-CV-1169 SRW |
| | ) |
| COSTCO WHOLESALE CORP., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order issued on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants Costco Wholesale Corporation and Niagara Bottling, LLC's Motion to Dismiss (ECF No. 13) is **GRANTED**. The petition is **DISMISSED**, without prejudice.

So Ordered this 22nd day of October, 2024.

_____
**STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE**

1